IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MARGARET HAULE, §
        PLAINTIFF, §
§ CAUSE NO. 1:19-CV-033-LY
V. §
§
UNIVERSITY OF TEXAS HEALTH §
SCIENCE CENTER–HOUSTON, §
        DEFENDANT. §

## FINAL JUDGMENT

Before the court is the above-entitled and numbered cause of action, which was referred to the United States Magistrate Judge for findings and recommendations pursuant to Section 636(b) of Title 28 of the United States Code and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended. Plaintiff Margaret Haule, proceeding *pro se*, was granted leave to proceed *in forma pauperis*. The magistrate judge filed his Report and Recommendation on March 25, 2019 (Doc. #4), withholding service upon Defendant and recommending that this court dismiss Haul's complaint with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

In response, Haule filed Plaintiff's Response to the Report and Recommendation (Doc. #9) and Plaintiff's Voluntary Dismissal without Prejudice (Doc # 8) on April 9, 2019. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___10th___ day of April, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE